IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:06CR338 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | |
| | ) | |
| CLAUDE MEADE, aka "Big Mike", | ) | |
| and | ) | |
| HECTOR ROLON, aka "Papo", | ) | |
| | ) | |
| Defendants. | ) | FINAL ORDER OF FORFEITURE |

It appears to the Court that proper proceedings for the issuance of a Final Order of Forfeiture, as to the below-referenced firearms, have been had in this case as follows:

1.   By the Preliminary Order of Forfeiture, dated October 2, 2006 [Dkt. No. 222], the following properties of the defendants were forfeited to the United States under 21 U.S.C. § 853, 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c) for disposition in accordance with law, subject to the provisions of 21 U.S.C. § 853(n):

a.)    2001 Harley Davidson, VIN: 1HD1FDV121Y640403.

b.)    Accu-tek AT-380 .380 caliber semi-automatic pistol, Serial Number 016095.

c.)    $5,259.00 in U.S. Currency.

d.)    Sawed-off Shotgun, Unknown Serial Number.

e.)    AMT, Automag II .22 caliber handgun, Serial Number SN26568.[1]

2.    Under 21 U.S.C. § 853(n), third parties asserting a legal interest in initially forfeited properties are entitled to a judicial determination of the validity of the legal claims or interests they assert.

3.    The United States published notification of the Court's Preliminary Order of Forfeiture in the Cleveland Daily Legal News.  Said notice advised all third parties of their right to petition the court within thirty (30) days of the final publication date for a hearing to adjudicate the validity of their alleged legal interest in the initially forfeited properties.  Attached hereto as Exhibit 4 is a copy of the notice.

---

[1] Related administrative forfeiture proceedings were instituted by the Federal Bureau of Investigation (FBI) against the properties identified in paragraphs 1(a) through 1(c), inclusive [to wit: 2001 Harley Davidson, VIN: 1HD1FDV121Y640403; Accu-tek AT-380 .380 caliber semi-automatic pistol, Serial Number 016095; and, $5,259.00 in U.S. Currency].  By Declarations of Administrative Forfeiture dated September 29, 2006 [attached as Exhibits 1-3, inclusive], these properties were administratively forfeited to the United States.  Therefore, no further action by the Court is necessary in the instant case with respect to these properties.

4.    No third party claims were filed as a result of the published notification.

Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED:

5.    The following firearms are finally forfeited to the United States, and no right, title or interest shall exist in any other party:

a.)   Sawed-off Shotgun, Unknown Serial Number.

b.)   AMT, Automag II .22 caliber handgun, Serial Number SN26568.

6.    The United States shall seize and take control of these firearms, and shall dispose of them in accordance with law.

SO ORDERED this 23 day of January, 2007.


s/  James S. Gwin
James S. Gwin
United States District Judge